**PRICEPLAY.COM, INC.,**
**Plaintiff–Appellant**

v.

**AOL ADVERTISING, INC., Facebook Inc., Google Inc., Defendants–Appellees.**

Nos. 2015–1492, 2015–1589, 2015–1660.

United States Court of Appeals, Federal Circuit.

Jan. 7, 2016.

Scott Daniels, Westerman, Hattori, Daniels & Adrian, LLP, Washington, DC, argued for appellant. Also represented by Darrin A. Auito.

Daryl Joseffer, King & Spalding LLP, Washington, DC, argued for appellees. Appellee Google Inc., also represented by Paul Alessio Mezzina; Adam Conrad, Charlotte, NC. Appellee AOL Advertising, Inc., also represented by George Frank Pappas, Peter Andrew Swanson, Covington & Burling LLP, Washington, DC. Appellee Facebook Inc., also represented by Heidi Lyn Keefe, Mark R. Weinstein, Lam K. Nguyen, Cooley LLP, Palo Alto, CA; Michael Graham Rhodes, San Francisco, CA.

MOORE, BRYSON, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**